UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2015 Grand Jury

| UNITED STATES OF AMERICA, | No. CR 15-00499 |
|---|---|
| Plaintiff, | <u>INDICTMENT</u> |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341: Mail Fraud; 18 U.S.C. § 1029(a)(2): Use of Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to be Done] |
| JACK BENJAMIN HESSIANI, aka "Jack Benjamin Herrera," JAMES MANUEL HERRERA, DANIEL AYALA-MORA, and EDUARDO JOSUE GARCIA, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

A.  INTRODUCTORY ALLEGATIONS

1.  At all times relevant to this Indictment:

a.  Defendants JACK BENJAMIN HESSIANI, also known as "Jack Benjamin Herrera" ("HESSIANI"); JAMES MANUEL HERRERA ("HERRERA"); DANIEL AYALA-MORA ("AYALA-MORA"); and EDUARDO JOSUE GARCIA ("GARCIA")

RAK:rak

were residents of Camarillo, California, within the Central District of California.

   b. California's Employment Development Department ("EDD") was the administrator of the federal unemployment insurance benefit program for the State of California.

   c. EDD provided unemployment insurance ("UI") benefits to individuals whom EDD determined were entitled to receive such benefits ("claimants") through checks that EDD mailed to claimants and debit cards ("EDD debit cards") that Bank of America N.A. ("BofA") mailed to claimants pursuant to a contractual arrangement with EDD enabling EDD to provide UI benefits through these EDD debit cards.

B. <u>THE OBJECT OF THE CONSPIRACY</u>

 2. Beginning as early as in or about 2011, and continuing to at least in or about June 2015, in Ventura County, within the Central District of California, and elsewhere, defendants HESSIANI, HERRERA, AYALA-MORA, and GARCIA, together with others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed to commit mail fraud, in violation of Title 18, United States Code, Section 1341.

C. <u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

 3. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

   a. Defendants HESSIANI and HERRERA, together with other co-conspirators, would create fictitious companies for the purpose of defrauding the EDD, including 800 A Go Marketing; 805 Home Network Sales, Inc.; 888 Account Specialists, Inc.; 888 Net Marketing; 1212 Business Networks; 4041 Telemarketing, Inc.; Account Plus Services, Inc.; C.C. Service Sales, Inc.; Connect Biz 2 Biz, Inc.; DH Home

Service Sales, Inc.; Flying High Business Services, Inc.; Gold Coast Network Services, Inc.; Marketing Ranch; Reach Sales 16; Tele Network Marketing, Inc.; Tower Networking; Town Center Marketing; Township Rocket Express; and True Trade.

      b. Defendants HESSIANI, HERRERA, and GARCIA, together with other co-conspirators, would rent and cause to be rented post office boxes from commercial mail receiving companies using other people's names. Defendants HESSIANI and HERRERA would take possession of the keys to these post office boxes.

      c. Defendants HESSIANI and HERRERA, together with other co-conspirators, would obtain the names, social security numbers, and other identifying information of individuals in order to file fraudulent claims for UI benefits on behalf of these individuals ("fraudulent claimants"). Defendants HESSIANI and HERRERA would agree to give a portion of the UI benefits obtained to the fraudulent claimants while keeping the remainder for themselves.

      d. Defendants HESSIANI and HERRERA, together with other co-conspirators, using the fictitious companies, would file and cause to be filed with EDD Quarterly Wage and Withholding Reports (DE-6 and DE-9C Forms) that reported fictitious earnings for the fraudulent claimants.

      e. Once the Quarterly Wage and Withholding Reports were submitted, defendants HESSIANI and HERRERA would file and cause to be filed with EDD fraudulent unemployment claims for the fraudulent claimants. Through these filings, defendants HESSIANI and HERRERA would claim and cause to be claimed that the fraudulent claimants had been laid off from the fictitious companies and were entitled to UI benefits from the EDD.

   f. As a result of the fraudulent UI benefit claims that defendants HESSIANI and HERRERA would file and cause to be filed, the EDD would issue checks in the names of fraudulent claimants and authorize BofA to issue debit cards in the names of fraudulent claimants, and the UI benefit checks and EDD cards would be mailed to addresses listed for the fraudulent claimants on the fraudulent claim applications that had been filed with the EDD.

   g. To ensure that they received the UI benefits, defendants HESSIANI and HERRERA would list and cause to be listed on the fraudulent claim applications addresses to which they had access, including the post office boxes they and defendant GARCIA had opened and caused to be opened in other people's names, as the addresses of the fraudulent claimants, such that defendants HESSIANI and HERRERA would receive the UI benefit checks and EDD debit cards that were mailed to the fraudulent claimants.

   h. In order to continue to receive UI benefits, defendants HESSIANI and HERRERA would submit and cause to be submitted to the EDD fraudulent continued claim forms (DE-4581 Forms) for the fraudulent claimants.

   i. On these continued claim forms, defendants HESSIANI and HERRERA would claim and cause to be claimed that the fictitious claimants were still unemployed and entitled to receive UI benefits.

   j. After defendants HESSIANI and HERRERA received the EDD debit cards, they would withdraw and cause to be withdrawn UI benefit payments to which they knew they were not entitled from BofA accounts linked to the EDD debit cards. Sometimes they would provide the EDD debit cards to defendant AYALA-MORA who would then use the EDD debit cards to withdraw UI benefit payments.

      k.    After obtaining UI benefit payments from the BofA accounts linked to the EDD debit cards, defendants HESSIANI and HERRERA would sometimes provide a portion of the UI benefits to the fraudulent claimants whose accounts had been accessed.

      l.    In order to maximize the amount of UI benefits they obtained, defendants HESSIANI and HERRERA would file and cause to be filed with the EDD fraudulent claims for extended benefits on behalf of the fraudulent claimants.

      m.    Defendants HESSIANI and HERRERA would encourage the fraudulent claimants to induce other individuals to participate in their scheme and would offer to pay extra money to a fraudulent claimant for each additional individual the fraudulent claimant brought into the scheme.

      n.    Defendants HESSIANI, HERRERA, AYALA-MORA, and GARCIA would also file fraudulent claims for unemployment benefits for themselves, which were based on earnings they purportedly received from the fictitious companies.

D.    <u>OVERT ACTS</u>

    4.    In furtherance of the conspiracy, and to accomplish its object, on or about the following dates, defendants HESSIANI, HERRERA, AYALA-MORA, and GARCIA, together with other co-conspirators known and unknown to the Grand Jury, committed and willfully caused others to commit the following overt acts, among others, within the Central District of California and elsewhere:

    <u>Overt Act No. 1</u>:    On or about June 12, 2011, defendants HERRERA and GARCIA caused a UI benefits claim to be filed for E.M., which identified C.C. Service Sales, Inc., as E.M.'s last employer.

   Overt Act No. 2: On or about August 30, 2012, defendant HERRERA caused a UI benefits claim to be filed for D.R., which identified DH Home Service Sales as D.R.'s last employer.

   Overt Act No. 3: On or about October 8, 2012, defendant HESSIANI caused a UI benefits claim to be filed for J.T., which identified 805 Home Network Sales as J.T.'s last employer.

   Overt Act No. 4: On or about November 1, 2012, defendant HESSIANI caused J.T. to apply for P.O. Box 2554 in Oxnard, California.

   Overt Act No. 5: On or about November 1, 2013, defendant HERRERA caused a UI benefits claim to be filed for G.M.G., which identified 4041 Telemarketing as G.M.G.'s last employer.

   Overt Act No. 6: On or about January 22, 2014, defendants HESSIANI and HERRERA caused a UI benefits claim to be filed for S.M.E., which identified Connect 45 as S.M.E.'s last employer.

   Overt Act No. 7: On or about March 10, 2014, defendants HESSIANI and HERRERA caused a UI benefits claim to be filed for D.H., which identified Tele Network Marketing as D.H.'s last employer.

   Overt Act No. 8: On or about March 31, 2014, defendant HERRERA caused I.C. to apply for P.O. Box 5462 in Ventura, California.

   Overt Act No. 9: On or about August 1, 2014, defendant HESSIANI used the EDD debit card issued to C.O'N. to withdraw money at an ATM machine at a Bank of America branch in Camarillo, California. The UI claim submitted for C.O'N. identified 888 Net Marketing as C.O'N.'s last employer.

   **Overt Act No. 10**: On or about December 9, 2014, defendant AYALA-MORA submitted a UI claim that identified Marketing Ranch as defendant AYALA-MORA's last employer.

   **Overt Act No. 11**: On or about December 13, 2014, defendant HESSIANI used the EDD debit card issued to UI claimant E.E. to withdraw money at an ATM machine at a Bank of America branch in Camarillo, California. The UI claim submitted for E.E. identified Telenet Sources as E.E.'s last employer.

   **Overt Act No. 12**: On or about March 5, 2015, defendant HERRERA used EDD debit cards issued to four UI claimants, namely D.L.R., D.M.W., M.V.Mc., and A.L.R., to withdraw money at an ATM machine at a Bank of America branch in Camarillo, California. The UI claims submitted for these claimants identified Marketing Ranch and Town Center Marketing as the claimants' last employers.

   **Overt Act No. 13**: On or about March 17, 2015, defendants HESSIANI and HERRERA caused a UI benefits claim to be filed for D.H., which identified 800 A Go Marketing as D.H.'s last employer.

   **Overt Act No. 14**: On or about May 11, 2015, defendant HERRERA used EDD debit cards issued to two UI claimants, namely C.D.G. and S.K.T., to withdraw money at an ATM machine at a Bank of America branch in Camarillo, California. The UI claims submitted for these claimants identified Gold Coast Network Services, Inc., and Township Rocket Express as the claimants' last employers.

   **Overt Act No. 15**: On or about May 12, 2015, defendant HERRERA used EDD debit cards issued to eleven UI claimants, namely J.R.S., S.J.S, W.E.S., S.K.T., R.G.V., C.R.V., B.C.W., C.R.W., B.M.W., B.R.W., and J.F.Z., to withdraw money at an ATM machine at a Bank of America branch in Camarillo, California. The UI claims

submitted for these claimants identified 888 Account Specialists; 1212 Business Networks; Account Plus Services, Inc.; Flying High Business Services, Inc.; Town Center Marketing; and Township Rocket Express as the claimants' last employers.

Overt Act No. 16:  On or about May 19, 2015, defendant AYALA-MORA used EDD debit cards issued to twenty-five UI claimants, including S.M.E. and I.C., to withdraw money at an ATM machine at a Bank of America branch in Camarillo, California.  The UI claims submitted for these claimants identified Tower Networking and 800 A Go Marketing as the claimants' last employers.

COUNTS TWO THROUGH THIRTEEN

[18 U.S.C. §§ 1341, 2(a), 2(b)]

5. The Grand Jury realleges and incorporates by reference paragraphs 1, 3 and 4 of this Indictment as though fully set forth herein.

A. THE SCHEME TO DEFRAUD

6. Beginning as early as in or about 2011, and continuing to in or about June 2015, in Ventura County, within the Central District of California, and elsewhere, defendants HESSIANI, HERRERA, AYALA-MORA, and GARCIA, together with others known and unknown to the Grand Jury, aiding and abetting one another, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud the EDD as to material matters, and to obtain money and property from the EDD and the United States Treasury, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

7. The fraudulent scheme operated, in substance, as set forth in paragraphs 1, 3 and 4 of this Indictment.

C. USE OF THE MAILS

8. On or about the dates set forth below, within the Central District of California and elsewhere, the following defendants, for the purpose of executing and attempting to execute the above-described scheme to defraud, willfully caused the following items to be placed in an authorized depository for mail matter to be sent and delivered by the United States Postal Service, according to directions thereon:

| COUNT | DATE | DEFENDANTS | ITEM MAILED |
|---|---|---|---|
| TWO | 10/3/2011 | HESSIANI, HERRRERA, and GARCIA | BofA debit card issued in the name of GARCIA sent by U.S. Mail from BofA to P.O. Box 5885, Ventura, California |
| THREE | 10/3/2011 | HESSIANI, HERRERA, and GARCIA | BofA debit card issued in the name of E.M. sent by U.S. Mail from BofA to P.O. Box 6911, Oxnard, California |
| FOUR | 11/9/2011 | HESSIANI, HERRERA | BofA debit card issued in the name of HERRERA sent by U.S. Mail from BofA to P.O. Box 288, Camarillo, California |
| FIVE | 9/12/2012 | HESSIANI, HERRERA | BofA debit card issued in the name of D.R. sent by U.S. Mail from BofA to P.O. Box 6656, Oxnard, California |
| SIX | 10/11/2012 | HESSIANI, HERRERA | BofA debit card issued in the name of J.T. sent by U.S. Mail from BofA to P.O. Box 5013, Ventura, California |
| SEVEN | 11/15/2013 | HESSIANI, HERRERA | BofA debit card issued in the name of G.M.G. sent by U.S. Mail from BofA to P.O. Box 5844, Ventura, California |
| EIGHT | 11/22/2013 | HESSIANI, HERRERA | BofA debit card issued in the name of D.L. sent by U.S. Mail from BofA to P.O. Box 2554, Ventura, California |
| NINE | 2/19/2014 | HESSIANI, HERRERA | BofA debit card issued in the name of S.M.E. sent by U.S. Mail from BofA to P.O. Box 8013, Oxnard, California |
| TEN | 3/17/2014 | HESSIANI, HERRERA | BofA debit card issued in the name of I.C. sent by U.S. Mail from BofA to P.O. Box 5844, Ventura, California |
| ELEVEN | 5/12/2014 | HESSIANI, HERRERA | BofA debit card issued in the name of D.H. sent by U.S. Mail from BofA to P.O. Box, 633, Camarillo, California |

| COUNT | DATE | DEFENDANTS | ITEM MAILED |
|---|---|---|---|
| TWELVE | 7/28/2014 | HESSIANI, HERRERA | BofA debit card issued in the name of C.O'N. sent by U.S. Mail from BofA to P.O. Box 7665, Ventura, California |
| THIRTEEN | 2/23/2015 | HESSIANI, HERRERA, and AYALA-MORA | BofA debit card issued in the name of AYALA-MORA sent by U.S. Mail from BofA to P.O. Box 4471, Ventura, California |

## COUNT FOURTEEN

[18 U.S.C. § 1029(a)(2)]

9. During the one-year period from on or about March 6, 2014, through on or about March 5, 2015, in Ventura County, within the Central District of California, and elsewhere, defendant JAMES MANUEL HERRERA, in transactions affecting interstate and foreign commerce, knowingly and with intent to defraud, used unauthorized access devices as defined in Title 18 United States Code, Sections 1029(e)(1) and (3), specifically the following debit card account numbers issued to the persons identified below, which debit card account numbers were obtained with intent to defraud, and by such conduct obtained things of value, their value together totaling $1,000 or more:

| UNAUTHORIZED ACCESS DEVICE | ISSUED TO |
|---|---|
| Bank of America ("BofA") account number ending in 3683 | D.L.R. |
| BofA account number ending in 7078 | D.M.W. |
| BofA account number ending in 6619 | M.V.Mc. |
| BofA account number ending in 9326 | A.L.R. |

COUNT FIFTEEN

[18 U.S.C. § 1029(a)(2)]

10. During the one-year period from on or about May 12, 2014, through on or about May 11, 2015, in Ventura County, within the Central District of California, and elsewhere, defendant JAMES MANUEL HERRERA, in transactions affecting interstate and foreign commerce, knowingly and with intent to defraud, used unauthorized access devices as defined in Title 18, United States Code, Sections 1029(e)(1) and (3), specifically the following debit card account numbers issued to the persons identified below, which debit card account numbers were obtained with intent to defraud, and by such conduct obtained things of value, their value together totaling $1,000 or more:

| UNAUTHORIZED ACCESS DEVICE | ISSUED TO |
| --- | --- |
| Bank of America ("BofA") account number ending in 3029 | C.D.G. |
| BofA account number ending in 6468 | S.K.T. |

## COUNT SIXTEEN

[18 U.S.C. § 1029(a)(2)]

11. During the one-year period from on or about May 13, 2014, through on or about May 12, 2015, in Ventura County, within the Central District of California, and elsewhere, defendant JAMES MANUEL HERRERA, in transactions affecting interstate and foreign commerce, knowingly and with intent to defraud, used unauthorized access devices as defined in Title 18, United States Code, Sections 1029(e)(1) and (3), specifically the following debit card account numbers issued to the persons identified below, which debit card account numbers were obtained with intent to defraud, and by such conduct obtained things of value, their value together totaling $1,000 or more:

| UNAUTHORIZED ACCESS DEVICE | ISSUED TO |
|---|---|
| Bank of America ("BofA") account number ending in 4126 | J.R.S. |
| BofA account number ending in 3180 | S.J.S. |
| BofA account number ending in 9673 | W.E.S. |
| BofA account number ending in 6468 | S.K.T. |
| BofA account number ending in 0259 | R.G.V. |
| BofA account number ending in 5094 | C.R.V. |
| BofA account number ending in 6569 | B.C.W. |
| BofA account number ending in 8873 | C.R.W. |
| BofA account number ending in 7628 | B.M.W. |
| BofA account number ending in 5681 | B.R.W. |
| BofA account number ending in 7612 | J.F.Z. |

COUNT SEVENTEEN

[18 U.S.C. § 1029(a)(2)]

12. During the one-year period from on or about May 20, 2014 through on or about May 19, 2015, in Ventura County, within the Central District of California, and elsewhere, defendant DANIEL AYALA-MORA, in transactions affecting interstate and foreign commerce, knowingly and with intent to defraud used unauthorized access devices as defined in Title 18, United States Code, Sections 1029(e)(1) and (3), specifically the following debit card account numbers issued to the persons identified below, which debit card account numbers were obtained with intent to defraud, and by such conduct obtained things of value, their value together totaling $1,000 or more:

| UNAUTHORIZED ACCESS DEVICE | ISSUED TO |
|---|---|
| Bank of America ("BofA") account number ending in 1609 | A.J.A. |
| BofA account number ending in 7955 | S.M.E. |
| BofA account number ending in 5079 | F.Z.A. |
| BofA account number ending in 0281 | B.A.C. |
| BofA account number ending in 1912 | B.T.A. |
| BofA account number ending in 5975 | J.C. |
| BofA account number ending in 8603 | A.R.A. |
| BofA account number ending in 0899 | E.M.G. |
| BofA account number ending in 7960 | R.N.C. |
| BofA account number ending in 7393 | S.L.C. |
| BofA account number ending in 2075 | R.J.C. |
| BofA account number ending in 0421 | E.M.H. |

| UNAUTHORIZED ACCESS DEVICE | ISSUED TO |
|---|---|
| BofA account number ending in 9684 | A.N.H. |
| BofA account number ending in 8362 | L.S.C. |
| BofA account number ending in 2625 | R.C.C. |
| BofA account number ending in 3989 | T.C. |
| BofA account number ending in 4309 | E.V.G. |
| BofA account number ending in 9780 | B.J.H. |
| BofA account number ending in 1478 | T.K.C. |
| BofA account number ending in 9942 | T.J.A. |
| BofA account number ending in 1671 | J.E. |
| BofA account number ending in 2815 | J.M.A. |
| BofA account number ending in 4695 | K.P.C. |
| BofA account number ending in 1925 | I.C. |
| BofA account number ending in 2747 | J.A.G. |

```
 1                    COUNTS EIGHTEEN THROUGH TWENTY-TWO
 2                       [18 U.S.C. §§ 1028A(a)(1), 2(b)]
 3        13.  The Grand Jury hereby repeats and realleges paragraphs 1, 3
 4   and 4 of this Indictment as if fully set forth herein.
 5        14.  On or about the dates set forth below, in Ventura County,
 6   within the Central District of California, and elsewhere, the
 7   following defendants knowingly transferred, possessed and used, and
 8   willfully caused to be transferred, possessed, and used, without
 9   lawful authority, a means of identification that defendant knew
10   belonged to another person, that is, the BofA account number assigned
11   to that person, during and in relation to a felony violation, as
12   charged in the counts of this Indictment identified below:
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19
20
21
22
23
24
25
26
27
28
```

| COUNT | DATE | DEFENDANT | MEANS OF IDENTIFICATION | FELONY VIOLATION |
|---|---|---|---|---|
| EIGHTEEN | 10/3/2011 through 7/27/2014 | HESSIANI | BofA account number assigned to GARCIA | COUNT TWO |
| NINETEEN | 3/17/2014 through 7/22/2014 | HESSIANI | BofA account number assigned to I.C. | COUNT TEN |
| TWENTY | 5/12/2014 through 7/29/2014 | HERRERA | BofA account number assigned to D.H. | COUNT ELEVEN |
| TWENTY-ONE | 7/28/2014 through 8/1/2014 | HESSIANI | BofA account number assigned to C.O'N. | COUNT TWELVE |
| TWENTY-TWO | 5/19/2015 | AYALA-MORA | BofA account number assigned to I.C. | COUNT SEVENTEEN |

A TRUE BILL

_____/S/_____
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


GEORGE S. CARDONA
Assistant United States Attorney
Chief, Major Frauds Section


RANEE KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section