UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

## CASE SUMMARY

CR 15 00499

Case Number N/A  Defendant Number 2

U.S.A. v. James Manuel Herrera  Year of Birth 1988

☒ Indictment ☐ Information  Investigative Agency (FBI, DEA, etc.) DOL-OIG

FILED 2015 SEP 15 PM 4:25

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

e. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense ☐ Class B Misdemeanor ☐ Class C Misdemeanor ☒ Felony

f. Date of Offense: 10/3/11 - 5/19/15

g. County in which first offense occurred:

Ventura

h. The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles ☐ Ventura
☐ Orange ☐ Santa Barbara
☐ Riverside ☐ San Luis Obispo
☐ San Bernardino ☐ Other _____

Citation of Offense _____

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☒ No ☐ Yes

If YES  Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

c. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

d. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED CASE** N/A

Was a Notice of Complex Case filed on the Indictment or

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____

Case Number _____

Charging _____

The complaint: ☐ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented: ☒ No ☐ Yes

If YES, provide, Name: _____
Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes* ☒ No
Will more than 12 days be required to present government's evidence in the case-in-chief:
☐ Yes* ☒ No
*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?** ☒ Yes ☐ No

This is the N/A superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A
Case Number N/A
The superseded case:

☐ is still pending before Judge/Magistrate Judge

N/A
☐ was previously dismissed on N/A
Are there 8 or more defendants in the superseding case?
☐ Yes* ☐ No
Will more than 12 days be required to present government's evidence in case-in-chief?
☐ Yes* ☐ No

**CUSTODY STATUS**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Information?
☐ Yes  ☒ No
*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☐ YES  ☒ NO
If YES, list language and/or dialect:
N/A

**OTHER**
☒ Male  ☐ Female
☐ U.S. Citizen  ☐ Alien
Alias Name(s) _____
This defendant is charged in:  ☐ All counts
☒ Only counts: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 20
☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).
Is defendant a juvenile?  ☐ Yes  ☒ No
If YES, should matter be sealed?  ☐ Yes  ☐ No
The area of substantive law that will be involved in this case includes:
☐ financial institution fraud   ☐ public corruption
☒ government fraud              ☐ tax offenses
☐ environmental issues          ☒ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other N/A

Defendant is **not** in custody:
d. Date and time of arrest on complaint: N/A
e. Posted bond at complaint level on: _____
   in the amount of $ N/A
h. PSA supervision:  ☐ Yes  ☒ No
f. Is on bail or release from another district:
   none

Defendant is **in** custody:
i. Place of incarceration:  ☐ State  ☒ Federal
j. Name of institution: N/A
k. If Federal: U.S. Marshal's Registration Number:
   N/A
l. ☐ Solely on this charge. Date and time of arrest:
   N/A
m. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of issue
n. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
Date transferred to federal custody: N/A
This person/proceeding is transferred from another district
Pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information  EXPLAIN: _____

Date: 9/14/15

Signature of Assistant U.S. Attorney

Ranee A. Katzenstein
Print Name

Case Number N/A                    Defendant Number 3