**DECLARATION OF RICHARD G. NOVAK**

I, Richard G. Novak, hereby declare:

1.      I am counsel of record in this matter for defendant James Herrera ("Mr. Herrera").

2.      On January 21, 2016, I informed Pre-Trial Services Officer Michelle Ries and Assistant United Attorney Ranee Katzenstein that Mr. Herrera intends to apply to this Court for the modification of his conditions of release that are addressed in the attached memorandum.

Ms. Ries replied as follows:

"PSA does not have a position on either modification. The defendant is testing randomly up to 3 times a month and has been clean."

Ms. Katzenstein replied as follows:

"The government opposes both modifications.  With regard to the first, the remnants of a large marijuana grow were found at Herrera's residence at the time of the search.   With regard to the second, the loss resulting from the crimes charged in the indictment is approximately $7 million; accordingly, the amount of the proposed bond – less than 1% of the proceeds of the crimes charged -- is not sufficient to mitigate the risk of flight because defendants gained well in excess of that amount and could easily repay the surety from the illegal proceeds."

3.      Attached hereto as Exhibit A is a true and correct copy of the docket in the civil harassment restraining order proceeding pending against Mr. Hessiani only in the Ventura Superior Court.

4.      Attached hereto as Exhibit B is an unofficial transcription of a portion of Mr. Herrera's bond hearing on September 17, 2015.

5.      Exhibit C is a CD containing an audio recording of Mr. Herrera's bond hearing on September 17, 2015.  It will be manually lodged with this Court on January 29, 2015.

1    6.    Exhibit D are true and  correct copies of the dockets for three infraction

2 citations issued by the Ventura Port against Mr. Herrera on August 7, 2015, all of

3 which were dismissed by the Superior Court on November 18, 2015.

4

5    I declare under penalty of perjury under the laws of the United States that the

6 foregoing is true and correct.

7    Executed this 27th day of January 2016.

8

9                                    _____/s/_____

10                                   RICHARD G. NOVAK