# Case Report

[Case Search]

## Case Summary

**Case Information**

| | |
|---|---|
| **Case Number:** | 56-2015-00470864-CU-PT-VTA |
| **Case Title:** | Ventura Port District vs Jack Hessiani |
| **Case Category:** | Civil - Unlimited |
| **Case Type:** | Petitions - Other |
| **Judicial Officer:** | |

| | |
|---|---|
| **Filing Date:** | 8/12/2015 |
| **Case Status:** | Pending |
| **Location:** | Ventura |

## Participants

| Name | Filing Document | Role | Attorney | Filed By |
|---|---|---|---|---|
| Hessiani, Jack Benjamin | Petition of Employer for Injunction Prohibiting Violence Or Threats Of Violence Against Employee (with violence) | Respondent | SMITH, MICHAEL J. | Ventura Harbor District, Ventura Port District dba |
| Ventura Harbor District, Ventura Port District dba | Petition of Employer for Injunction Prohibiting Violence Or Threats Of Violence Against Employee (with violence) | Petitioner | BARTOSH, ROBERT A. | Ventura Harbor District, Ventura Port District dba |

## Future Events

| Event Type | Event Description | Event Status | Event Date | Event Time | Location | Department |
|---|---|---|---|---|---|---|
| Hearing re Temporary Restraining Order (Civil Harassment) | | SCHEDULED | 2/19/2016 | 8:30 AM | Ventura | 34 |

\*\*Additional Recent Events exist on the case. Please see the Case Calendar Events screen.

## Past Events

| Event Type | Event Description | Event Status | Event Date | Event Time | Location | Department |
|---|---|---|---|---|---|---|
| Hearing re Temporary Restraining Order (Civil Harassment) | | RESCHEDULED | 1/13/2016 | 8:30 AM | Ventura | 34 |
| Hearing re Temporary Restraining Order (Civil Harassment) | | RESCHEDULED | 11/18/2015 | 8:30 AM | Ventura | 34 |
| Hearing re Temporary Restraining Order (Civil Harassment) | | RESCHEDULED | 10/21/2015 | 8:30 AM | Ventura | 34 |

\*\*Additional Recent Events exist on the case. Please see the Case Calendar Events screen.

## Register of Actions

| ROA # | Entry |
|---|---|
| 1 | Petition of Employer for Injunction Prohibiting Violence Or Threats Of Violence Against Employee (with violence) filed by Ventura Harbor District, Ventura Port District dba on 08/12/2015.<br>Filed by:Ventura Harbor District, Ventura Port District dba (Petitioner)<br>Refers to:Hessiani, Jack(Respondent) |
| 2 | Declaration re: Notice of Ex Parte Application for Order filed by Ventura Harbor District, Ventura Port District dba on 08/12/2015. |
| 3 | Case assigned to Department 34. |

| | |
|---|---|
| 4 | Consent For Court Assignment filed by Ventura Harbor District, Ventura Port District dba on 08/12/2015. |
| 5 | Temporary Restraining Order (Harassment/Elder Abuse/Workplace Violence/School Violence) filed by Ventura Harbor District, Ventura Port District dba on 08/13/2015. |
| 6 | Notice of Court Hearing (Harassment/Elder Abuse/Workplace Violence/School Violence) filed by Ventura Harbor District, Ventura Port District dba on 08/13/2015. |
| 7 | Hearing re Temporary Restraining Order (Civil Harassment) - scheduled for 09/02/2015 at 08:30:00 AM in 34 at Ventura. |
| 8 | Proof of Personal Service (Harassment/Elder Abuse/Workplace Violence/School Violence) filed by Ventura Harbor District, Ventura Port District dba on 08/17/2015. |
| 9 | Request to Continue Court Hearing and to Reissue Temporary Restraining Order filed by Ventura Harbor District, Ventura Port District dba on 08/31/2015. |
| 12 | Notice of New Hearing Date and Order on Reissuance filed by Ventura Harbor District, Ventura Port District dba on 09/01/2015. |
| 14 | Hearing re Temporary Restraining Order (Civil Harassment) - scheduled for 09/16/2015 at 08:30:00 AM in 34 at Ventura. |
| 16 | Stipulation and Order (to continue hearing and reissue TRO) filed by Ventura Harbor District, Ventura Port District dba on 09/01/2015. |
| 15 | Hearing re Temporary Restraining Order (Civil Harassment) - scheduled for 09/23/2015 at 08:30:00 AM in 34 at Ventura. |
| 17 | Stipulation and Order to Continue Trial Date (and reissue temp restraining order) filed by Ventura Harbor District, Ventura Port District dba on 09/23/2015. |
| 18 | Notice of New Hearing Date and Order on Reissuance filed by Ventura Harbor District, Ventura Port District dba on 09/23/2015. |
| 19 | Hearing re Temporary Restraining Order (Civil Harassment) - scheduled for 10/21/2015 at 08:30:00 AM in 34 at Ventura. |
| 20 | Proof of Personal Service (Harassment/Elder Abuse/Workplace Violence/School Violence) (WV-116 Notice of New Hearing Date and Order on Reissuance, Stip to Continue Court Hearing and to Reissue Temporary Restraining Order) filed by Ventura Harbor District, Ventura Port District dba on 10/14/2015. |
| 21 | Substitution of Attorney filed by Hessiani, Jack Benjamin on 10/20/2015. |
| 22 | Request to Continue Court Hearing and to Reissue Temporary Restraining Order filed by Ventura Harbor District, Ventura Port District dba on 10/21/2015. |
| 23 | Notice of New Hearing Date and Order on Reissuance filed by Ventura Harbor District, Ventura Port District dba on 10/21/2015. |
| 24 | Order To Show Cause and Temporary Restraining Order (Workplace Violence) - scheduled for 11/18/2015 at 08:30:00 AM in 34 at Ventura. |
| 25 | Hearing re Temporary Restraining Order (Civil Harassment) - scheduled for 11/18/2015 at 08:30:00 AM in 34 at Ventura. |
| 26 | Proof of Service - PERSONAL (of Notice of new hearing date and order on reissuance) filed by Ventura Harbor District, Ventura Port District dba on 10/22/2015. |
| 27 | Substitution of Attorney (Michael J Smith going to ProPer) filed by Hessiani, Jack Benjamin on 11/04/2015. |
| 28 | Request to Continue Court Hearing and to Reissue Temporary Restraining Order filed by Ventura Harbor District, Ventura Port District dba on 11/18/2015. |
| | Notice of New Hearing Date and Order on Reissuance (granted) filed by Ventura Harbor District, Ventura Port |

| | |
|---|---|
| 29 | District dba on 11/18/2015. |
| 30 | Stipulation and Order (to Continue Court Hearing & to Reissue Temporary Restraining Order) filed by Ventura Harbor District, Ventura Port District dba on 11/18/2015. |
| 31 | Hearing re Temporary Restraining Order (Civil Harassment) - scheduled for 01/13/2016 at 08:30:00 AM in 34 at Ventura. |
| 32 | Substitution of Attorney (pro per to new Jeffrey J Stinnett) filed by Hessiani, Jack Benjamin on 12/15/2015. |
| 33 | Request to Continue Court Hearing and to Reissue Temporary Restraining Order filed by Ventura Harbor District, Ventura Port District dba on 01/08/2016. |
| 34 | Clerk to add manual filing document details here |
| 35 | Response filed by Ventura Harbor District, Ventura Port District dba on 01/08/2016. |
| 36 | Stipulation and Order (to Continue Court Hearing and to Reissue Temporary Restraining Order) filed by Ventura Harbor District, Ventura Port District dba on 01/13/2016. |
| 37 | Hearing re Temporary Restraining Order (Civil Harassment) - scheduled for 01/22/2016 at 08:30:00 AM in 34 at Ventura. |
| 38 | Notice of New Hearing Date and Order on Reissuance filed by Ventura Harbor District, Ventura Port District dba on 01/13/2016. |
| 39 | Proof of Service (by electronic service of stip to continue court hearing, reissue tro, notice of new hearing, and order on reissuance) filed by Ventura Harbor District, Ventura Port District dba on 01/20/2016. |
| 40 | Request to Continue Court Hearing and to Reissue Temporary Restraining Order filed by Ventura Harbor District, Ventura Port District dba on 01/21/2016. |
| 41 | Notice of New Hearing Date and Order on Reissuance filed by Ventura Harbor District, Ventura Port District dba on 01/21/2016. |
| 42 | Stipulation and Order (to continue court hearing and to reissue temporary restraining order) filed by Ventura Harbor District, Ventura Port District dba on 01/21/2016. |