Transcription of Portions of AUSA's Argument for Detention

Regarding Threats Made Against Ventura Port Employees

[01:23]

We've just become aware, within the last 24 hours we learned, that this defendant, together with his brother, who's a co-defendant in the case and who appeared yesterday, have been engaged in conduct that is threatening to peace officers, sworn peace officers, at the Ventura Port District, the Harbor Patrol, and I made the documents that I received yesterday available to defense counsel at the beginning of this afternoon's calendar. I've provided them to the Court's clerk to be given to the Court earlier. Those documents show that, as recently as August of this year, but for a long period of time, the defendant and his brother have been engaged in harassing and threatening conduct towards the Ventura Port Patrol officers and to commercial business owners in the area. So, that is very concerning and suggests not only a serious risk of threatening individuals, but of danger to the community.

With respect to those allegations, for instance, although many of them do refer that the muscle, so to speak, is the brother, Jack Hessiani, there are statements in the declarations that I have provided, that the defendant currently in court, Mr. Herrera, said things such as "this is war," and made threatening comments, again, to the patrol officers and to other business owners.

[03:08]

\*\*\*\*\*\*\*\*\*\*\*

[12:28]

The documents from the Ventura Port Harbor Patrol, for instance, state that – this is from the Senior Harbor Patrol Officer Pat Hummer – who says he was on patrol on August 7, 2015. On that day he cited James Herrera for incomplete registration of two jet ski vehicles. "As I prepared the citations, James Herrera called his brother, Jack Hessiani, and put him on the speaker phone. I listened to Jack Hessiani curse at me, use abusive

31  language towards me…", and then there are various threats.  […] I would suggest that
32  Mr. Herrera uses Jack Hessiani as his muscle and there are also statements in these
33  documents that Mr. Herrera himself also used abusive language, and said at one point,
34  "this is war."  He is threatening and using his brother to impose these threats.
35  [13:23]