FAQs   Contact Superior Courts



Online Public Access

## Case Information

Print Screen

Details including the Violation(s) and Case Status are listed below.

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Herrera, James Manuel | | | **Case Number** | 2015579068 |
| **Citation Number** | 262841 | **Violation Date** | 08/07/2015 | **Case Status** | Dismissed |
| **Arresting / Issuing Agency** | Ventura Port District | **Offense Level** | Infraction | **Mandatory Appearance** | No |
| **Disposition Date** | 11/18/2015 | **Appearance / Due Date** | 11/12/2015 | | |
| **Warrant Amount** | | **Warrant Date** | | | |
| | | | | **Case Balance** | $0.00 |

## Scheduled Hearings

**No Results.**

## Violations

| Violation | Offense | Correctable | Plea | Disposition |
|---|---|---|---|---|
| 190.01 13 | Infraction | N | Not Guilty | Dismissed |
| Registraton Stickers | | | | |

Return to Previous Page   New Search   Docket Information





## Case Information

Print Screen

Details including the Violation(s) and Case Status are listed below.

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Herrera, James Manuel | | | **Case Number** | 2015579067 |
| **Citation Number** | 262840 | **Violation Date** | 08/07/2015 | **Case Status** | Dismissed |
| **Arresting / Issuing Agency** | Ventura Port District | **Offense Level** | Infraction | **Mandatory Appearance** | No |
| **Disposition Date** | 11/18/2015 | **Appearance / Due Date** | 11/12/2015 | | |
| **Warrant Amount** | | **Warrant Date** | | | |
| | | | | **Case Balance** | $0.00 |

## Scheduled Hearings

**No Results.**

## Violations

| Violation | Offense | Correctable | Plea | Disposition |
|---|---|---|---|---|
| 190.01 13 | Infraction | N | Not Guilty | Dismissed |
| Registraton Stickers | | | | |

Return to Previous Page   New Search   Docket Information

FAQs    Contact Superior Courts



Online Public Access

## Case Information

Print Screen

Details including the Violation(s) and Case Status are listed below.

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Herrera, James Manuel | | | **Case Number** | 2015571586 |
| **Citation Number** | 262728 | **Violation Date** | 08/07/2015 | **Case Status** | Dismissed |
| **Arresting / Issuing Agency** | Ventura Port District | **Offense Level** | Infraction | **Mandatory Appearance** | No |
| **Disposition Date** | 11/18/2015 | **Appearance / Due Date** | 11/13/2015 | | |
| **Warrant Amount** | | **Warrant Date** | | | |
| | | | | **Case Balance** | $0.00 |

### Scheduled Hearings

**No Results.**

### Violations

| Violation | Offense | Correctable | Plea | Disposition |
|---|---|---|---|---|
| 658.5(d) HN | Infraction | N | Not Guilty | Dismissed |
| No One Shall Permit Any Other Person Under 16 Years of Age to Operate A Vessel. | | | | |

Return to Previous Page    New Search    Docket Information