Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br> v. <br><br> JAMES HERRERA <br><br> DEFENDANT. | CASE NUMBER <br><br> CR 15-499-JAK-02 <br><br> NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, <br> (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  John E. McDermott

on  2/24/2016  at  10:30  ☑ a.m. ☐ p.m.

in courtroom  C, 8th Floor, Spring Street Courthouse .

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required  ☑ is not required.  Language _____
Defendant is ☐ in custody  ☑ not in custody.

Clerk, U. S. District Court

| 2/3/2016 | S. Anthony | 213.894.0216 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☑ Probation  ☐ Interpreter's Office  ☑ PSA.