| AO 436 (Rev. 04/13) Read Instructions. | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| 1. NAME Robert A. Bartosh | 2. PHONE NUMBER (805) 644-7111 | 3. EMAIL ADDRESS rbartosh@hathawaylawfirm.com | |
| 4. MAILING ADDRESS 5450 Telegraph Road, Suite 200 | 5. CITY Ventura | 6. STATE CA | 7. ZIP CODE 93003 |
| 8. CASE NUMBER 2:15-cr-00499-JAK-2 | 9. CASE NAME USA v. Hessiani | DATES OF PROCEEDINGS 10. FROM 2/24/2016 | 11. TO 2/24/2016 |
| 12. PRESIDING JUDGE Magistrate Judge John E. McDermott | | LOCATION OF PROCEEDINGS 13. CITY Los Angeles | 14. STATE CA |

**15. ORDER FOR**

- ☐ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. AUDIO RECORDING REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☒ BAIL HEARING | 2/24/2016 - 10:00 a.m. - | Dept. B | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | |
| | **ESTIMATE TOTAL** | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE [signature] | 19. DATE March 23, 2016 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY